**FILED**

**APR -8 2015**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WRIGHT )<br>)<br>4020 Washington Blvd. – Ste. 301 )<br>Arlington, VA 22201 )<br>703-351-6515 )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES (HHS) )<br>(Centers for Medicare & Medicaid Services) )<br>)<br>200 Independence Ave., S.W. )<br>Washington, D.C. 20201 )<br>)<br>Defendant ) | Case: 1:15-cv-00510<br>Assigned To : Jackson, Ketanji Brown<br>Assign. Date : 4/8/2015<br>Description: FOIA/Privacy Act (I Deck) |

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records concerning the original software specifications, requests for proposal, change orders, and progress reports for the Affordable Care Act federal exchange website Healthcare.gov, which defendant has improperly withheld from plaintiff.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, Chris Wright, is a U.S. citizen and blogger, and the requester of the records which defendant is now withholding. Plaintiff has requested this information for use in news stories about the botched roll-out of Healthcare.gov. Prompt release of the information is important because of the strong public interest in Obamacare.

4. Defendant Health and Human Services is an agency of the United States and, through its Centers for Medicare & Medicaid Services (CMS), has possession of the records that plaintiff seeks.

**RECEIVED**

**APR - 8 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*1*

2

5. By email dated January 29, 2015, plaintiff requested the original software specifications, requests for proposal, change orders, progress reports, and other records pertaining to the initial creation of the Affordable Care Act website (Healthcare.gov). A copy of this email is attached as Exhibit 1.

6. CMS' Joseph Tripline acknowledged the request by email on January 30, 2015. CMS did not communicate further or produce any records within the statutory 20-day period. After follow-up from plaintiff, CMS Government Information Specialist Precious Boudouin sent plaintiff a formal acknowledgement letter on March 4, 2015 (attached as Exhibit 2) and, later the same day, indicated that a request for search had been sent to the appropriate agency components. After more follow-up, Ms. Boudouin indicated by email dated March 13, 2015 that the appropriate components "have responded and we hope to make some type of a release next week." Despite multiple follow-ups by voice message and email, no one from CMS communicated further and no records were produced.

7. Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested records;

(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(3) Award plaintiff costs as provided in 5 U.S.C. § 552(a)(4)(E); and

(4) Grant such other and further relief as may deem just and proper.

                                        Respectfully submitted,

                                        Chris Wright
                                        4020 Washington Blvd. – Ste. 301
                                        Arlington, VA  22201
                                        cwdirect@verizon.net
                                        703-351-6515

                                        Plaintiff (pro se)

Dated: April 8, 2015

# Christopher Wright

**From:** Christopher Wright <cwdirect@verizon.net>
**Sent:** Thursday, January 29, 2015 1:05 PM
**To:** 'hugh.gilmore@cms.hhs.gov'
**Subject:** Freedom of Information Act Request

Subject: Freedom of Information Act Request

RETURN RECEIPT REQUESTED

Mr. Hugh Gilmore
Freedom of Information Officer
Centers for Medicare & Medicaid Services (CMS)
North Building, Room N2-20-06
7500 Security Boulevard
Baltimore, Maryland 21244

Dear Mr. Gilmore:

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I hereby request that ACF produce the following records – including, but not limited to, correspondence, memoranda, documents, reports, statements, audits, lists of names, applications, diskettes, letters, expense logs and receipts, calendar or diary logs, facsimile logs, telephone records, call sheets, tape recordings, video/movie recordings, notes, examinations, opinions, folders, files, books, manuals, pamphlets, forms, drawings, charts, photographs, flowcharts, PowerPoint or other presentations, electronic mail (including from personal accounts), and other documents and things that refer or relate to the following in any way - within twenty (20) business days:

With respect to the initial bidding process for the creation of the first federal exchange website under the Affordable Care Act (Healthcare.gov)

- All Specifications, Requests For Proposal, Requests for Quotation, and other such records produced, used, or consulted by the government including, but not limited to, records specifying website functionality, soliciting bids, and setting and measuring performance milestones;
- All change orders sent to Healthcare.gov contractors relating to the website's first year of operation; and
- All records relating to the performance, progress, and progress payments for said performance.

If any responsive record or portion thereof is claimed to be exempt from production under FOIA, sufficient identifying information (with respect to each allegedly exempt record or portion thereof) must be provided to allow the assessment of the propriety of the claimed exemption. *Vaugh v. Rosen,* 484 F.2d 820 (D.C. Cir 1973), *cert denied,* 415 U.S. 977 (1974). Additionally, any reasonably segregable portion of a responsive record must be provided to me after redaction of any allegedly exempt material, as the law requires. 5 U.S.C. § 552(b).

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am an individual interested in the information for noncommercial purposes. I will blog about this on the Internet and hereby request a waiver of all fees. Disclosure of the information is in the public interest, as it is likely to contribute significantly to public understanding of the operations or activities of the Government. If no waiver is granted, I am willing to pay fees up to the amount of $25.00. If the fees will exceed this amount, please inform me before fees are incurred.

1

I can be contacted through this email address, if necessary, to discuss any aspect of this request.

I look forward to receiving the requested documents and a full fee waiver within twenty (20) business days.

Sincerely,
-Chris Wright

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group**
Refer to: Control Number 030220157065 and PIN 5W3G

3/2/2015

Chris Wright
Cwdirect@verizon.net

Dear Mr. Wright:

I am acknowledging receipt of your Freedom of Information Act (FOIA) request dated 1/29/2015. Because we receive a very heavy volume of FOIA requests, we have had to establish a policy of "first in, first out" case processing. This policy is consistent with court decisions regarding FOIA's time limits. Please be assured that a search has been initiated for records falling within the scope of your request. If any such records are located, they will be reviewed as soon as possible, and you will be notified of our decision regarding release or non release of those documents.

You have asked for a waiver or reduction of the fees that we would customarily charge for furnishing agency records. You have not, however, furnished sufficient information to enable us to determine whether a waiver or reduction of fees is warranted. In order to consider your request for a waiver or reduction of fees, we will need additional information from you. Enclosed you will find a copy of the Department of Health and Human Services FOIA regulation which sets forth the two tests which disclosure of information must meet in order for fees to be waived or reduced. Please carefully review this information and provide a detailed explanation of how disclosure to you will meet the stated tests. I especially need to know how you intend to disseminate the information to the public.

When submitting additional information, please refer to the case number listed at the top left-hand corner of this letter, and send it to: Freedom of Information Act Group, N2-20-16, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

Page 2 – Chris Wright

If you do not furnish any additional information to justify a waiver or reduction of fees, then you will owe the full cost of responding to your request. If at any time the estimate of such fees exceeds $250.00, we will invoice you for the amount of the estimated fee and suspend processing of your request until the fee is paid.

Sincerely yours,

Hugh Gilmore
Director
Freedom of Information Group

Enclosure

NOTE:

Any questions regarding the status of this request should be referred to: Precious Boudouin at 410-786-3756.