IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  1:15-CV-0510 (KBJ) |
| | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ANSWER

The United States Department of Health and Human Services, Centers for Medicare & Medicaid Services ("Defendant"), by and through undersigned counsel, hereby answers the Complaint of Chris Wright ("Plaintiff") as follows:

Defendant answers the individually numbered paragraphs of the Complaint, using the same numbering contained in the Complaint, as follows:

 1.  This paragraph contains Plaintiff's characterization of his action, to which no answer is required, but insofar as one is deemed required, denied.

2. This paragraph contains conclusions of law to which no answer is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of this paragraph.  The third sentence of this paragraph contains statements of opinion or other allegations immaterial to the adjudication of Plaintiff's claims to which no answer is required.

4. This paragraph contains conclusions of law to which no answer is required. Defendant admits that it is an agency of the United States, and the Centers for Medicare & Medicaid Services ("CMS") is an operating division thereof.

5. Defendant admits that Plaintiff sent a FOIA request to Mr. Hugh Gilmore in Defendant's CMS office dated January 29, 2015. Defendant respectfully refers the Court to the request for a full and accurate statement of its content.

6. The first sentence is admitted. Defendant denies the remaining allegations in this paragraph, except to admit that via letter dated March 2, 2015, Defendant informed Plaintiff that Defendant's CMS office had initiated a search and would process Plaintiff's FOIA request pursuant to its "first in, first out" case processing due the "very heavy volume of FOIA requests" received by CMS and requested additional information to enable Defendant to determine whether a waiver or reduction of fees was warranted. *See* 5 U.S.C. § 552(a)(6)(A)(ii)(II). Defendant avers that it is in the process of conducting and reviewing searches for records responsive to Plaintiff's FOIA requests, but that it did not receive a response to CMS's request for information or clarification regarding the waiver or reduction of fees issue and therefore has not yet produced any records responsive to Plaintiff's FOIA request or demonstrated that responsive records are exempt from production.

7. This paragraph contains conclusions of law to which no answer is required, but insofar as one is deemed required, denied.

The remaining unnumbered paragraph sets forth Plaintiff's prayer for relief to which no answer is required, but insofar as an answer is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant hereby denies all allegations in Plaintiff's Complaint not expressly answered or qualified herein.

Wherefore, having fully answered, Defendant respectfully requests that the Court enter judgment dismissing the Complaint with prejudice, and awarding Defendant its costs and attorney's fees and other such relief as the Court deems just and proper.

DATED:  May 13, 2015  	Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch

/s/ Elizabeth L. Kade
ELIZABETH L. KADE
(D.C. Bar No. 1009679)
Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 616-8491
Facsimile: (202) 616-8470
E-mail: Elizabeth.L.Kade@usdoj.gov

Counsel for Defendant