**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRIS WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.   1:15-CV-0510 (KBJ) |
| ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S STATUS REPORT AND**
**SCHEDULE OF PRODUCTION**

Pursuant to the Court's May 19, 2015 Minute Order ("May 19 Order"), Defendant hereby submits a proposed schedule for briefing or disclosure according to which it will complete its production of documents to Plaintiff.  Defendant conferred with Plaintiff in an attempt to submit a joint proposed schedule consistent with the May 19 Order.  Plaintiff declined to join Defendant's proposed schedule and intends to file his own.

On April 8, 2015, Plaintiff filed the Complaint against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for a FOIA request submitted to Defendant's Centers for Medicare & Medicaid Services ("CMS") seeking records and communications related to "the initial bidding process for the creation of the first federal exchange website under the Affordable Care Act (Healthcare.gov)."  Complaint at 3.  Defendant filed its Answer on May 13, 2015, and noted that it was in the process of conducting and reviewing searches for records responsive to Plaintiff's FOIA request.

Defendant has completed an initial search for documents and located 1,571 pages responsive to Plaintiff's FOIA request.  Defendant produced the non-exempt documents

from this search on May 21, 2015.  Defendant continues to conduct searches for any additional documents that may be responsive to Plaintiff's FOIA request.

In the meantime, Plaintiff and Defendant have engaged in settlement discussions in an attempt to narrow the scope of documents Plaintiff is seeking.  In the interest of settlement, Plaintiff agreed to narrow the search to a subset of his original FOIA request.  Defendant provided Plaintiff with non-exempt documents responsive to this more narrow search on May 21, 2015, but was not able to complete its search for additional information responsive to this newly focused search by the Court's June 2, 2015, production schedule deadline.  Defendant continues to look for additional information that addresses Plaintiff's more narrow settlement search, and therefore respectfully requests to submit a proposed schedule for briefing or disclosure or a joint stipulation of dismissal on or before July 1, 2015.

DATED:  June 2, 2015	Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch


/s/ Elizabeth L. Kade
ELIZABETH L. KADE
(D.C. Bar No. 1009679)
Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 616-8491
Facsimile: (202) 616-8470
E-mail: Elizabeth.L.Kade@usdoj.gov

Counsel for Defendant