IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-CV-0510 (KBJ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned case in its entirety, with prejudice. The parties will each bear their own costs and fees.

**RECEIVED**

JUN 3 0 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DATED: June 30, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director,
Federal Programs Branch

/s/ Chris Wright

CHRIS WRIGHT
4020 Washington Blvd. – Ste. 301
Arlington, VA 22201
cwdirect@verizon.net
(703) 351-6515

Plaintiff (pro se)

/s/ E. Kade

ELIZABETH L. KADE
(D.C. Bar No. 1009679)
Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8491
Facsimile: (202) 616-8470
E-mail: Elizabeth.L.Kade@usdoj.gov

Counsel for Defendant